1 | HARVEY P. SACKETT (72488)
2 | **SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
3 | 1055 Lincoln Avenue
4 | Post Office Box 5025
San Jose, California 95150-5025
5 | Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
6 |
7 | Attorney for Plaintiff
8 | /jgl
9 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| MICHELLE EDWARDS, | ) Case No: 4:12-cv-2056-KAW |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (14) days up through and including Monday, September 24, 2012 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of cases (5) the firm presently has pending before this and other district courts that require briefing.

|   |   |
|---|---|
| | MELINDA L. HAAG<br>United States Attorney |
| Dated: September 6, 2012 | /s/<br>CYNTHIA B. DE NARDI<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| Dated: September 6, 2012 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>MICHELLE EDWARDS |

IT IS SO ORDERED.

Dated: 09/06/12

HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND ~~PROPOSED~~ ORDER     2