United States District Court
Northern District of California

MICHELLE EDWARDS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner,
Social Security Administration,

    Defendant.

Case No.: C 12-02056 KAW

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE MEMORANDUM IN EXCESS OF TWENTY-FIVE PAGES

IT IS ORDERED that the motion for leave of court to file a motion for summary judgement in excess of twenty-five (25) pages is GRANTED as permitted by Civil L.R. 7-4.[1]

Plaintiff is FURTHER ORDERED to deliver a chambers' copy of the Motion with tabbed exhibits by the timeframe articulated in the Court's Standing Order.

Dated: September 24, 2012

KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] Plaintiff's motion requests relief under Civil Local "Rule 220-4," which does not exist in the United States Court for the Northern District of California.