# United States District Court
### Northern District of California

| | |
|---|---|
| MICHELLE EDWARDS, | Case No.: C 12-02056 KAW |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE MEMORANDUM IN EXCESS OF TWENTY-FIVE PAGES |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

IT IS ORDERED that the motion for leave of court to file a motion for summary judgement in excess of twenty-five (25) pages is GRANTED as permitted by Civil L.R. 7-4.[1]

Plaintiff is FURTHER ORDERED to deliver a chambers' copy of the Motion with tabbed exhibits by the timeframe articulated in the Court's Standing Order.

Dated: September 24, 2012

KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] Plaintiff's motion requests relief under Civil Local "Rule 220-4," which does not exist in the United States Court for the Northern District of California.

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE OF COURT TO
FILE MEMORANDUM IN EXCESS OF TWENTY-FIVE PAGES