MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105-2102
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE EDWARDS, ) | CIVIL NO. 4:12-cv-2056-KAW |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
|     Defendant. ) | |

    The parties, through their respective attorneys, hereby stipulate that Defendant shall have a first extension of time of 30 days up through and including November 23, 2012 in which to respond to Plaintiff's Motion for Summary Judgment. The current date is October 24, 2012.

    This extension is necessitated by Defendant's briefing schedule in 1 disability appeal, O'Brien v. Astrue, 12-cv-1455-HRL, due October 23, 2012; and 3 impending employment cases: opening brief on jurisdiction in 1 administrative appeal before the Merit Systems Protection Board (MSPB) due October 23, 2012; 2 motions for summary judgment in employment discrimination cases before the Equal Employment Opportunity Commission (EEOC) due, respectively, October 26, 2012 and November 6, 2012.

1

Stipulation; 12-cv-2056-KAW

Respectfully submitted,

MELINDA L. HAAG
United States Attorney

DATE: October 18, 2012   By:  /s/ Cynthia B. De Nardi
CYNTHIA B. DE NARDI
Special Assistant United States Attorney

Dated: October 18, 2012   /s/ Harvey P. Sacket*
HARVEY P. SACKETT
Attorney for Plaintiff
MICHELLE EDWARDS
*(authorized by email)

Good cause apppearing,
IT IS SO ORDERED.

Dated: October 19, 2012

HON. KANDIS A. WESTMORE
United States Magistrate Judge

2

Stipulation; 12-cv-2056-KAW