1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  CYNTHIA B. DE NARDI, CSBN 256770
   Special Assistant United States Attorney
5      160 Spear Street, Suite 800
6      San Francisco, California 94105-2102
       Telephone: (415) 977-8961
7      Facsimile: (415) 744-0134
       Email: cynthia.denardi@ssa.gov
8
9  Attorneys for Defendant

10

11                **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
12

13 MICHELLE EDWARDS,      ) CIVIL NO. 4:12-cv-2056-KAW
                                   )
14     Plaintiff,            )
                                   )
15     v.                   ) STIPULATION AND ~~PROPOSED~~ ORDER
                                   )
16 MICHAEL J. ASTRUE,               )
   Commissioner of Social Security, )
17                                  )
                                    )
18     Defendant.                  )
                                    )
19 _____  )

20        The parties, through their respective attorneys, hereby stipulate that Defendant shall have
21 a second extension of time of 14 days up through and including December 7, 2012 in which to
22 respond to Plaintiff's Motion for Summary Judgment. The current date is November 23, 2012.
23        This case was recently reassigned to a new agency attorney, and Defendant requires
24 additional time to accommodate for supervisory review of the brief.
25 //
26 //
27 //
28 //

                              1

                                      Stipulation and ~~Proposed~~ Order
                                               4:12-cv-2056-KAW

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   |   |
| 3 |   | MELINDA L. HAAG<br>United States Attorney |
| 4 | DATE: November 15, 2012 | By: /s/ *Cynthia B. De Nardi* |
| 5 |   | CYNTHIA B. DE NARDI<br>Special Assistant United States Attorney |
| 6 |   |   |
| 7 | Dated: | /s/ *Harvey P. Sackett\** |
| 8 |   | HARVEY P. SACKETT<br>Attorney for Plaintiff |
| 9 |   | MICHELLE EDWARDS |
| 10 |   | (*by email authorization 11/15/12) |

IT IS SO ORDERED.

Dated: 11/16/12            _____
                          HON. KANDIS A. WESTMORE
                          United States Magistrate Judge